## 588 MEMORANDA.

ruary 8, 1907, which affirmed an order of Special Term granting the motion of the respondent herein to be relieved of her purchase of real property at a partition sale.

*John F. Frees* and *George Q. Collins* for appellant.

*Joseph T. Weed* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

ANGELO DARIENZA, as Administrator of the Estate of ANTONIO GUICESSI, Deceased, Appellant, *v.* NEW YORK CITY RAILWAY COMPANY, Respondent.

(Submitted April 8, 1907; decided April 16, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 187 N. Y. 567.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM L. LAZENBY, Respondent, *v.* WILLIAM J. HOMER et al., Constituting the MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF ELMIRA, Appellants.

*Matter of Lazenby* v. *Municipal Civil Service Commission*, 116 App. Div. 135, affirmed.
(Argued April 3, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to certify to a payroll with the name of the relator thereon.

*John F. Murtaugh* for appellants.

*Richard H. Thurston* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.